No. 49.   Taylor et al. v. United States.   Certiorari, 352 U. S. 963, to the United States Court of Appeals for the Sixth Circuit.   September 9, 1957.   Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court.   *Gordon Browning* for petitioners.   *Solicitor General Rankin* for the United States.

October 8, 1957.

No. 231.   Benanti v. United States.   C. A. 2d Cir.   Certiorari granted.   *George J. Todaro* and *Jacob Kossman* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

October 10, 1957.

No. 329.   United States v. Washington.   On petition for writ of certiorari to the Court of Claims.   Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court.   *Solicitor General Rankin* was on the stipulation for the United States.   With him on the petition were *Acting Assistant Attorney General Leonard, Paul A. Sweeney* and *William W. Ross.   Samuel Green* for respondent.